IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-662-GCM

| | |
|---|---|
| THE DLS COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BRANCH & ASSOCIATES, INC. ) | |
| ET AL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **William D. Bayliss** (Doc. No. 12), which was filed May 28, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Bayliss is admitted to appear before this court *pro hac vice* on behalf of Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company.

**IT IS SO ORDERED.**

Signed: June 4, 2020

Graham C. Mullen
United States District Judge