IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-662-GCM

| | |
|---|---|
| THE DLS COMPANY, LLC | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER**<br>) |
| BRANCH & ASSOCIATES, INC.<br>ET AL, | )<br>)<br>)<br>) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Joseph E. Blackburn III** (Doc. No. 13), which was filed May 28, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Blackburn is admitted to appear before this court *pro hac vice* on behalf of Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company.

**IT IS SO ORDERED.**

Signed: June 4, 2020

Graham C. Mullen
United States District Judge